```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                                    2:08-cr-81-6

Billy C. Lee

<u>ORDER</u>

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 409) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count. The court will defer the decision whether to accept the plea agreement until the sentencing hearing.

Date: December 15, 2008          s\James L. Graham
                                            James L. Graham
                                            United States District Judge